THOMAS P. O'BRIEN

O

United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2454
  Facsimile:  (213) 894-0115

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 07-3317-CAS (RCx) |
| | ) |
|     Plaintiff, | ) <u>JUDGMENT IN FAVOR OF UNITED</u> |
| | ) <u>STATES OF AMERICA AND AGAINST</u> |
|   vs. | ) <u>DEFENDANT JEAN E. FINCH RE 1993</u> |
| | ) <u>FEDERAL INCOME TAXES</u> |
| JEAN E. FINCH; WASHINGTON | ) |
| MUTUAL BANK, SUCCESSOR IN | ) |
| INTEREST TO COAST FEDERAL BANK; | ) |
| STATE OF CALIFORNIA, FRANCHISE | ) |
| TAX BOARD, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

Pursuant to the stipulation between plaintiff United States of America and defendant Jean E. Finch, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Defendant Jean E. Finch is liable to plaintiff United States of America, Internal Revenue Service, in the amount of

$1,407,173.40, as of August 28, 2006, plus accrued interest and penalties that have come due since August 28, 2006, plus interest and penalties after entry of judgment, as provided by law, until satisfied.

DATED: January 8, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

      /S/
_____
THOMAS D. COKER
Assistant United States Attorney

Attorneys for the United States of America