1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS D. COKER [SBN 136820]
4  Assistant United States Attorney
     Room 7211, Federal Building
5    300 North Los Angeles Street
     Los Angeles, California  90012
6    Telephone:  (213) 894-2454
     Facsimile:  (213) 894-0115
7  E-mail: thomas.coker@usdoj.gov
8
9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION

13
   UNITED STATES OF AMERICA,        ) Case No. CV 07-3317-CAS (RCx)
14                                   )
            Plaintiff,               ) JUDGMENT OF FORECLOSURE OF
15                                   ) FEDERAL TAX
                                     ) LIEN AND ORDER OF SALE OF
16      vs.                          ) REAL PROPERTY LOCATED AT
                                     ) 10945 BRADDOCK DRIVE, CULVER
17 JEAN E. FINCH; WASHINGTON         ) CITY, CALIFORNIA
   MUTUAL BANK, SUCCESSOR IN         )
18 INTEREST TO COAST FEDERAL BANK;   )
   STATE OF CALIFORNIA, FRANCHISE    )
19 TAX BOARD,                        )
                                     )
20          Defendants.              )
21 _____  )

22
23          JUDGMENT AND ORDER OF FORECLOSURE AND SALE

24      Pursuant to the stipulation of foreclosure between plaintiff

25 United States of America and defendant Jean E. Finch, and good

26 cause appearing therefor,

27 //

28

IT IS ORDERED, ADJUDGED and DECREED that:

1.   The real property located at 10945 Braddock Drive, Culver City, California (hereafter the "Braddock Property") is ordered to be sold by the Area Director of the Internal Revenue Service, Los Angeles, California, District (hereinafter "Area Director"), or his delegate, in accordance with the provisions of Title 28, United States Code, Sections 2001 and 2002.

2.   Any party to this proceeding or any person claiming an interest in the subject real property may move the Court, pursuant to Title 28, United States Code, Section 2001(b), for an order for a private sale of the subject real property.  Any such motion shall be filed within twenty (20) days of the date of this Judgment and shall set forth with particularity (a) the nature of the moving party's interest in the subject real property, (b) the reasons why the moving party believes that a private sale would be in the best interests of the United States of America and any other claimant involved herein, (c) the names of three proposed appraisers and a short statement of their qualifications, and (d) a proposed form of order stating the terms and conditions of the private sale.

3.   The Area Director, or his delegate, is ordered to sell the Braddock Property if it does not become the subject of a motion pursuant to the preceding paragraph, in accordance with Title 28, United States Code, Sections 2001(a) and 2002.   The

Braddock Property shall be sold at a public sale to be held at the Los Angeles County Courthouse, Los Angeles, California, as follows:

    a.  Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Los Angeles County, California.  Said notice shall describe the property by its street address and legal description, and shall contain the terms and conditions of sale as set out herein.

    b.  The terms and conditions of sale shall be as follows:

      A minimum bid determined by reference to the current fair market value shall be required.  The minimum bid shall be 75% of the current fair market value as determined by an appraisal of the subject property by the Internal Revenue Service.  The United States of America may bid a credit against its lien and interest thereon, costs, and expenses, without tender of cash.  The terms of sale as to all other persons or parties bidding shall be cash.  The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to

be paid on or before 5:00 p.m., within three (3) days of the date of sale.  Should any person bid off the property at the sale by virtue of this Judgment and Order of Sale, and fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property thus bid off as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty, but payment of said penalty shall not be a credit against the liens of the United States.

c.  Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid.  The accounting and report of sale shall be filed within ten (10) days from the date of sale.  If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

d.  Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and

4

Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

e.   The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

(1)   First, to the Los Angeles County Tax Collector toward satisfaction of any outstanding real property tax liens;

(2)   Second, if any surplus remains, to the Internal Revenue Service toward satisfaction of its security interest in the Braddock Property;

(3) Third, if any surplus remains after making the aforesaid payments, the Area Director, or his delegate, shall so report, and return and pay the same into the registry of this Court for distribution under further order of this Court.

//

//

//

5

4.   The Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, pursuant to the Area Director's Accounting and Report of Sale.

*Christine A. Snyder*

DATED: 1/14/2008

_____
Christine A. Snyder,
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/
THOMAS D. COKER
Assistant United States Attorney

Attorneys for the United States of America

APPROVED AS TO FORM AND CONTENT

 /s/
NGUYEN-HONG KELLY HOANG, Esq.
Attorney for Jean E. Finch

United States v. Finch, et al.,
CV 07-3317-CAS (RCx)
Judgment of Foreclosure re
Braddock Real Property

6